UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

BOBBY MURRAY and LORETTA MURRAY, )
)
    Plaintiffs, )
)
v. ) No. 3:07-CV-482
) (Phillips)
HARRIMAN CITY, JACK STOCKTON, )
KENNETH MYNATT, JOHN MAYES, and )
JARRED WHITSON, )
)
    Defendants. )

## MEMORANDUM OPINION

This matter is before the court on the motion filed by Dr. Thomas F. Boduch for entry of a final order dismissing Dr. Boduch from this action. In support of the motion, defendant states that by order entered November 12, 2008 [Doc. 45], the court granted his motion for summary judgment and dismissed him as a defendant in this action. The case remains pending against the named defendants.

Federal Rule of Civil Procedure 54(b) allows entry of a final judgment against one or more, but fewer than all, claims or parties if the court determines that there is no just reason for delay. The court agrees with defendant that there is no just reason for delay in

the entry of a final order as to Dr. Boduch.  Accordingly, defendant's motion [Doc. 63] is **GRANTED.**  Separate order to follow.

**ENTER:**

    s/ Thomas W. Phillips
United States District Judge