UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

BOBBY MURRAY and LORETTA MURRAY, )
)
    Plaintiffs, )
)
v. ) No. 3:07-CV-482
) (Phillips)
HARRIMAN CITY, JACK STOCKTON, )
KENNETH MYNATT, JOHN MAYES, and )
JARRED WHITSON, )
)
    Defendants. )

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion for entry of a final judgment by defendant Dr. Thomas Boduch. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendant's motion,

**IT IS ORDERED AND ADJUDGED** that this action be **DISMISSED WITH PREJUDICE** on the merits as to Dr. Thomas Boduch only. This action remains pending against defendants Harriman City, Jack Stockton, Kenneth Mynatt, John Mayes, and Jarred Whitson.

Dated at Knoxville, Tennessee, this _____ day of April, 2009.

                                                    s/ Patricia L. McNutt
                                                      Clerk of Court