UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

BOBBY MURRAY and LORETTA MURRAY, )
    Plaintiffs, )
     )
v. ) No. 3:07-CV-482
     ) (Phillips)
HARRIMAN CITY, JACK STOCKTON, )
KENNETH MYNATT, JOHN MAYES, )
JARRED WHITSON, KEITH STOUT, and )
DR. THOMAS BODUCH, )
    Defendants. )

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motions for summary judgment by defendants. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendants' motions,

**IT IS ORDERED AND ADJUDGED** that the plaintiffs Bobby Murray and Loretta Murray take nothing, and that this action be **DISMISSED WITH PREJUDICE** on the merits.

Dated at Knoxville, Tennessee, this _____ day of February, 2010.

                                                    s/ Patricia L. McNutt
                                                  Clerk of Court